UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDELMIRA GUERRERO, *individually and on behalf of all others similarly situated*,

          Plaintiff,

-against-

ELLUSIONIST.COM, INC.,

          Defendant.

**ORDER**

22 Civ. 2465 (ER)

    Edelmira Guerrero filed the Complaint on March 27, 2022. Doc. 1. Ellusionist.com, Inc. moved to dismiss the Complaint on July 5, 2022. Doc. 17. Pursuant to the parties' stipulation and order, Doc. 20, Guerrero filed her amended complaint on July 28, 2022. Doc. 21. Accordingly, the Court denies Ellusionist.com, Inc.'s motion to dismiss, Doc. 17, as moot.

    The Clerk of Court is respectfully directed to terminate the motion to dismiss, Doc. 17.

    SO ORDERED.

Dated:   July 29, 2022
           New York, New York

                                      Edgardo Ramos, U.S.D.J.