UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDELMIRA GUERRERO, *individually, and on behalf of all others similarly situated*,

                Plaintiff,

– against –

ELLUSIONIST.COM, INC.,

                Defendant.

**ORDER**

22-cv-2465 (ER)

Ramos, D.J.:

    On June 6, 2023, the Court issued an opinion granting in part and denying in part the motion to dismiss the case and directed Defendant to answer the complaint by June 27, 2023. Doc. 38.  Since then, there has been no activity in this case.

    Plaintiff is directed to submit a status letter by no later than July 17, 2024.  Failure to do so may result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

It is SO ORDERED.

Dated:   July 9, 2024
           New York, New York

                                              EDGARDO RAMOS, U.S.D.J.